**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GLENN BUTCHER,**

    **Plaintiff,**

**v.**

              **CASE NO. 2:15-CV-2858
              JUDGE SMITH
              MAGISTRATE JUDGE KEMP**

**DANIELLE BALL,** *et al.***,**

    **Defendants.**

## ORDER OF DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA

    The matter is before the Court on the Motion to Dismiss Defendant United States of America (Doc. 7), named as a Defendant herein, and the Stipulation of Dismissal entered by Plaintiff Glenn Butcher and the United States (Doc. 9). The Court finds the unopposed Motion to Dismiss to be well taken.

    Accordingly, it is hereby **ORDERED** that the Motion to Dismiss the United States only from the above captioned case for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) is **GRANTED**. Further, per the Stipulation of Dismissal, this case is hereby remanded to the Court of Common Pleas for Ross County, Ohio.

        **IT IS SO ORDERED.**

                            */s/ George C. Smith*
                            **GEORGE C. SMITH, JUDGE
                            UNITED STATES DISTRICT COURT**